No. 7,999.—STATE ex Rel. ALBIN D. MITCHELL, Jr., ET AL., PETITIONERS, *v.* DISTRICT COURT ET AL., DEFEND-ANTS.

Decided September 26, 1939.

PER CURIAM.—In pursuance to request of petitioners herein it is ordered that the above cause be and it is hereby dismissed.

*Mr. Wellington D. Rankin* and *Mr. Arthur P. Acher,* for Petitioners.

No. 8,021.—STATE ex Rel. ROSE HUSTED, RELATRIX, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Decided October 2, 1939.

(615)

616

PER CURIAM.—It is ordered that the application of relatrix be, and it is hereby, denied.

*Messrs. W. E. Keeley, James B. Castles* and *Donovan Worden,* for Relatrix.

No. 8,005.—BRITISH AMERICAN SYNDICATE, INC., APPELLANT, *v.* PHILLIPS COUNTY OIL & GAS COMPANY ET AL., RESPONDENTS.

Decided November 14, 1939.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be dismissed pursuant to stipulations of the parties.

*Mr. Louis P. Donovan,* for Appellant.

*Mr. Raymond Hildebrand* and *Mr. E. K. Cheadle, Jr.,* for Respondent.

No. 8,047.—STATE EX REL. KELLEY RANCH CO., RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Decided November 28, 1939.